# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Suko, Lonny R. | **2. Court or Organization**<br><br>U.S. District Court, EDWA | **3. Date of Report**<br><br>08/01/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 2726
Yakima, WA 98907-2726

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Council Member (non-compensated) | University of Idaho College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Part-time self employment as guardian ad litem and expert witness. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank, (Accounts) | A | Int./Div. | L | T | | | | | |
| 2. Chase Strategic Portfolio (X) | | None | L | T | | | | | |
| 3. US Bank, (Account) | A | Interest | L | T | | | | | |
| 4. American Express Bond Fund | A | Interest | K | T | | | | | |
| 5. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 6. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 7. Wells Fargo Advisors (Accounts); formerly Wachovia | A | Int./Div. | L | T | | | | | |
| 8. Hapo Community Credit Union (Accounts) | B | Interest | M | T | | | | | |
| 9. Real property Oregon, unknowingly held with others (X) | | None | | | Sold | 05/17/12 | J | B | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -POWERSHARES DB PREC MTLS DBP | | None | | | Sold | 05/14/12 | K | | |
| 12. -ISHARES BARCLAYS TIPS BD FD TIP | B | Int./Div. | L | T | | | | | |
| 13. -ISHARES TR IVV | | None | | | Sold | 06/01/12 | L | B | |
| 14. -ISHARES BARCLAYS CSJ | B | Int./Div. | M | T | | | | | |
| 15. -ISHARES BARCLAYS ETF SHY | A | Dividend | K | T | | | | | |
| 16. -PWERSHRS DB BASE ETF UUP | | None | K | T | | | | | |
| 17. -VANGUARD TOTAL BOND ETF BND | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -WISDOMTREE L/C DVD FD DLN | | None | K | T | | | | | |
| 19. | | None | K | T | Buy | 07/31/12 | J | | |
| 20.   -ISHARES IBOXX INV ETF LQD | | None | L | T | | | | | |
| 21.   -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | B | Int./Div. | K | T | Buy | 11/01/12 | K | | |
| 22.   -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | K | T | Buy | 06/12/12 | K | | |
| 23.   -UNITED STATES OIL FD ET LP USO | | None | K | T | Buy | 06/12/12 | K | | |
| 24.   IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 25.   -PWERSHRS DB PRC MTLS ETF DBP (X) | | None | | | Sold | 05/14/12 | L | | |
| 26.   -ISHARES BARCLAYS TIPSET BD FD TIP | B | Int./Div. | L | T | | | | | |
| 27.   -ISHARES BARCLAYS ETF SHY | A | Int./Div. | L | T | | | | | |
| 28.   -ISHARES TR IVV | | | | | Sold | 06/01/12 | L | B | |
| 29.   -ISHARES BARCLAYS CSJ | C | Int./Div. | M | T | | | | | |
| 30.   -ISHARES INV GR BOND ETF LQD (X) | D | Int./Div. | M | T | Buy | 11/22/11 | M | | |
| 31. | | None | K | T | Buy | 12/30/11 | K | | |
| 32.   -ISHARES IBOXX INV ETF GRADE CORP BOND FUND LQD | D | Int./Div. | M | T | | | | | |
| 33.   -VANGUARD TOTAL BOND ETF BND | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  -WISDOMTREE L/C DVD FD DLN | | None | K | T | | | | | |
| 35. | | None | L | T | Buy | 07/31/12 | L | | |
| 36.  -POWERSHARES DB BASE ETF UUP | | None | K | T | | | | | |
| 37.  -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | A | Int./Div. | L | T | Buy | 11/01/12 | L | | |
| 38.  -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | L | T | Buy | 06/12/12 | L | | |
| 39.  -UNITED STATES OIL FD ET LP USO | | None | K | T | Buy | 06/12/12 | K | | |
| 40.  IRA #2 | A | Int./Div. | L | T | | | | | |
| 41.  -POWERSHARES DB PREC MTLS. DBP (X) | | None | | | Sold | 05/14/12 | J | | |
| 42.  -ISHARES BARCLAYS TIPS BD FD | A | Int./Div. | J | T | | | | | |
| 43.  -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND CSJ | A | Int./Div. | J | T | | | | | |
| 44.  -ISHARES TR IVV | | None | | | Sold | 06/01/12 | J | | |
| 45.  -ISHARES BARCLAYS CSJ | | None | J | T | | | | | |
| 46.  -ISHARES INV GR BOND ETF LQD (X) | A | Int./Div. | J | T | Buy | 11/22/11 | J | | |
| 47. | | None | J | T | Buy | 12/30/11 | J | | |
| 48.  -ISHARES BARCLAYS ETF SHY | A | Int./Div. | J | T | | | | | |
| 49.  -ISHARES IBOXX INV ET GRADE CORP BOND FUND LQD | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -WISDOMTREE L/C DVD FD DLN | A | Int./Div. | J | T | | | | | |
| 51. | | | J | T | Buy | 07/31/12 | J | | |
| 52. -POWERSHARES DB BASE ET UUP | | None | J | T | | | | | |
| 53. -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU | | None | J | T | Buy | 11/01/12 | J | | |
| 54. -SPROTT PHYSICAL GOLD ET TRUST PHYS | | None | J | T | Buy | 06/12/12 | J | | |
| 55. -UNITED STATES OIL FD ET LP USO | | None | J | T | Buy | 06/12/12 | J | | |
| 56. -VANGUARD TOTAL BOND ET MARKET BND | | None | J | T | Buy | 08/09/12 | J | | |
| 57. -BARCLAYS IPATH LNKD ETN (Y) | | None | J | T | Buy | 02/17/11 | J | | |
| 58. | | None | J | T | Buy | 02/24/11 | J | | |
| 59. | | None | | | Sold | 12/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 08/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, line 2: Widely held investment fund inadvertently included in "Chase Account" last year. All purchase/sale decisions involving assets of fund are made exclusively by Chase with no such authority being held by shareholder of account.

Page 4, line 9: Recently discovered (2012) part ownership in real property in Oregon unknowingly held with other

Page 5, line 25: This stock was inadvertently listed as two separate stocks in the 2011 report at page 6, lines 37 through line 40 and page 7, line 55. It is being correctly listed as one stock in the 2012 report which was sold during 2012.

Page 5, line 30: This stock was inadvertently listed as sold in the 2011 report. Should have been listed as "part sale".

Page 6, line 41: This stock was inadvertently listed as two separate stocks in the 2011 report at page 7, lines 60 through line 63 and page 8, line 79. It is being correctly listed as one stock in the 2012 report which was sold during 2012

Page 6, line 46: This stock was purchased on two separate occasions in 2011 and the purchases were inadvertently omitted from the 2011 report.

Page 7, line 57: This stock was purchased on two separate occasions in 2011 (2/17/11 & 2/24/11) and then completely sold on 12/29/11. The transaction was inadvertently listed as a purchase only in the 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544